# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Juan Francisco Galan-Ortega** *Principal*   Mexico
YOB: 1983

**Jose Antonio Dominguez-Diaz** *Co-Principal*   Mexico
YOB: 1983

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:
M-18-0350-M

United States District Court
Southern District of Texas
**FILED**
FEB 16 2018
**Clerk of Court**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 15, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Carlos Fernando Galvez-Rivas, a citizen of Guatemala and Jose Armando Lopez-Angel, a citizen of El Salvador, along with seven (7) other undocumented aliens, for a total of nine (9), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in Mcallen, Texas**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On February 13, 2018, Border Patrol Agents received information of a possible house used to harbor undocumented aliens located at 11100 N. 29th Street in McAllen, Texas.

On February 14, 2018, agents were conducting surveillance at the suspected stash house when they observed a male subject, later identified as Juan Francisco Galan-Ortega, depart the house in a gray Jetta. Agents proceeded to follow Galan to a residence in Edinburg, Texas and meet up with a male subject, later identified as Jose Antonio Dominguez-Diaz.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

*Approved*
/s/ R____ AUSA

Sworn to before me and subscribed in my presence,

Signature of Complainant
Julio C. Peña   Senior Patrol Agent
Printed Name of Complainant

February, 16, 2018                at   McAllen, Texas
Date                                    City and State

J Scott Hacker   , U. S. Magistrate Judge
Name and Title of Judicial Officer       Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 0350 -M

**RE:** Juan Francisco Galan-Ortega
Jose Antonio Dominguez-Diaz

**CONTINUATION:**

Additional agents continued surveillance at the residence in Edinburg, Texas when they observed Dominguez depart in a white pickup. HCSO was contacted once again to assist with a vehicle stop. HCSO deputies conducted a stop on the white pickup for driving 39mph on a 30mph speed limit zone. Agents approached Dominguez and questioned him as to his suspected involvement in human smuggling to which he denied any involvement. Dominguez provided written consent to the residence in Edinburg, Texas. An immigration inspection was then conducted on Dominguez and he was determined to be illegally present in the United States. At this time Dominguez was read his Miranda rights and placed under arrest. Agents proceeded to the residence in Edinburg, Texas, however no undocumented aliens were found.

At the Centralized Processing Center, Galan approached agents and stated he was willing to answer questions regarding today's event. At this time, Galan was read his Miranda rights and agreed to answer questions.

**PRINCIPAL STATEMENT:**
GALAN admitted to delivering water and food to people at the house located in McAllen, Texas. GALAN further stated he knew the people in that house were undocumented aliens and was being paid to take them food and water. GALAN stated the smuggler, who hired him, instructed him to pick up two illegal aliens and drop them off at the house in McAllen, Texas. GALAN indicated he would receive approximately $100 USD to $200 USD for his participation in harboring the aliens.
Lastly, GALAN indicated the male subject that was seen with him was overseeing the two undocumented aliens that were picked up.

GALAN identified DOMINGUEZ, through a photo lineup as the male subject who was overseeing the two illegal aliens.

**CO-PRINCIPAL STATEMENT:**
Jose Antonio DOMINGUEZ-Diaz was read his Miranda rights and agreed to provide a statement without the presence of an attorney.

DOMINGUEZ indicated "Paco" (GALAN) drives a silver in color Jetta and picks up illegal aliens. DOMINGUEZ claims Paco transports the illegal aliens to the house. Lastly, DOMINGUEZ stated he met up with Paco to eat, along with the two undocumented aliens.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18- *0356* -M

**RE:** Juan Francisco Galan-Ortega
Jose Antonio Dominguez-Diaz

**CONTINUATION:**

**MATERIAL WITNESSES STATEMENTS:**
Carlos Fernando GALVEZ-Rivas and Jose Armando Lopez-Angel were read their Miranda Rights. Both understood and agreed to provide a statement without an attorney present.

GALVEZ, a citizen of Guatemala, stated his uncle made his smuggling arrangements and was to pay $9,000 USD. Once in the United States, GALVEZ stated a person driving a gray car transported him to the house where he was later arrested. GALVEZ indicated the driver instructed him to go inside the house and took his cell phone away. GALVEZ claimed the driver showed them where they could find food and the restroom.

GALVEZ identified GALAN, through a photo lineup, as the person who transported him to the house and as the person who took his cell phone away.

LOPEZ, a citizen of El Salvador, stated his friend made his smuggling arrangements and was to pay $11,000 USD. LOPEZ indicated he made his illegal entry into the United States along with several other individuals. Once in the United States, LOPEZ stated he was transported to the house where he was later arrested. At the house, LOPEZ stated a male showed up and took their cell phones away and instructed them not to make noise. LOPEZ claimed the same male subject would provide food. LOPEZ stated a second male subject would also show up and instruct them not to make any noise, not to go outside and would also provide food.

LOPEZ identified GALAN, through a photo lineup, as the person who took their cell phones away and would provide food.

LOPEZ identified DOMINGUEZ, through a photo lineup, as the second male subject who would also provide food.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18- 0350 -M

**RE:**   Juan Francisco Galan-Ortega
     Jose Antonio Dominguez-Diaz

**CONTINUATION:**

Shortly thereafter, Galan and Dominguez were observed departing the residence in separate vehicles. Agents proceeded to follow Galan to a gas station, where they observed two suspected undocumented aliens walking towards the Jetta and boarding it.

Galan was then observed departing in the Jetta and traveling back to the residence in Edinburg, Texas. At the residence, Galan met up with Dominguez as both suspected undocumented aliens stayed inside the Jetta. A short time later, agents proceeded to follow Galan as he departed the residence however, due to the heavy traffic, agents lost visual of the vehicle driven by Galan.

On February 15, 2018, agents continued surveilling the suspected stash house in McAllen, Texas and observed Galan arrive and depart from the residence a short time later. At this time, Hidalgo County Sheriff's Office (HCSO) was contacted to assist with a vehicle stop. HCSO deputies conducted a stop on the vehicle driven by Galan for disregarding a stop sign. Agents approached the Galan and determined he was a Mexican citizen without the proper documentation to be in the United States. Galan was questioned as to his suspected involvement in human smuggling to which he refused to answer questions and requested a lawyer. At this time Galan was read his Miranda rights and placed under arrest.

Agents along with HCSO proceeded to the suspected stash house and knocked on the front door. After the second knock the agents observed the door open and a male subject standing in the living room. A short time later, several subjects were observed coming out of the bedrooms. At this time, the subjects were asked to come out from the house. Carlos Fernando Galvez-Rivas, Jose Armando Lopez-Angel, and seven additional subjects voluntarily exited the house. All subjects were determined to be illegally present in the United States.